UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHOP NGOUT TANG,<br><br>               Petitioner,<br><br>v.<br><br>CHARLES GREEN,<br><br>               Respondent. | Civ. No. 15-7101 (KM)<br><br>**MEMORANDUM AND ORDER** |

      Petitioner, Chop Ngout Tang is an immigration detainee currently incarcerated at the Essex County Correctional Facility in Newark, New Jersey. He is proceeding *pro* se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Mr. Tang challenges his continued immigration detention in his habeas petition. The petition did not include an application to proceed *in forma pauperis* nor did it include a prepaid $5.00 filing fee. Thus, this case will be administratively closed. Mr. Tang shall be given an opportunity to reopen this action should he so choose.

      Accordingly, IT IS this 30th day of September, 2015,

      ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

      ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing. Petitioner's submission shall include **either**: (1) a complete *in forma pauperis* application, including a certified statement of petitioner's institutional account as required by Local Civil Rule 81.2(b); **or** (2) the $5.00 filing fee; and it is further

2

ORDERED that the Clerk shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case on petitioner by regular U.S. mail.

_____
KEVIN MCNULTY
United States District Judge